Name: Steven M. Aaron
Bar #: AZ Bar No. 028656
Firm: DENTONS US LLP
Address: 2398 E. Camelback Rd
Suite 850
Phoenix, AZ 85016-9007
Telephone: (816) 460-2476

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Azerbaijan Ministry of Defense, the Republic of Azerbaijan by and through its Authorized Agent, Syntelco, Ltd., a Limited Liability Company

    Plaintiff,

vs.

Robert Reish, an Individual

    Defendant.

**Case No.**

**Corporate Disclosure Statement**

This Corporate Disclosure Statement is filed on behalf of Plaintiff in compliance with the provisions of: *(check one*

[X] Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

[ ] Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

[X] No such corporation.

[ ] Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____ Relationship_____

[ ] Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

[ ] Other(please explain)

_____
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this 28th day of February, 2017.

/s/ Steven Martin Aaron
_____
Counsel of Record

Certificate of Service:

The foregoing was filed utilizing this Court's CM/ECF system, which sends notification to parties of record. Defendant has not yet been served, so this Corporate Disclosure Statement will be served with the Summons and Complaint in this matter.

/s/ Steven Martin Aaron