IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Syntelco Limited,<br><br>        Plaintiff,<br><br>v.<br><br>Robert Reish,<br><br>        Defendant. | NO. CV-17-00598-PHX-JZB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed June 4, 2019, which granted the Motion for Summary Judgment, judgment is entered in favor of plaintiffs and against defendant. AMOD is awarded $2.1 million in damages to be paid by Defendant Reish.

                                          Brian D. Karth
                                          District Court Executive/Clerk of Court

June 4, 2019

                                          s/ G. Puraty
                              By    Deputy Clerk