**GOLDSTEIN LEGAL TEAM, PLLC**
H. Lee Horner Jr.   ASB #022791
5800 Arizona Pavilions Dr #2665
Cortaro, AZ 85652

520-979-5176
FAX 520-323-0131

Email:  **steinway@rocketmail.com**

**Law Office of Paul L. Cass**
Paul L. Cass, CA Bar 158323 (pro hac vice pending)
7777 Greenback Lane, Ste 107
Citrus Heights, CA 95610

916-536-1099
FAX 916-536-0739

Email:  casslaw@aol.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

CASE NO.   2:18-cv-4960-SPL

Robert and Kathleen Reish and

Ryuko, Inc. A Wyoming Corporation,

Plaintiff

vs.

Tina Cannon, Darin Cannon and

Does 1 through 50 inclusive,

Defendants

_____|

**STIPULATED MOTION TO CONSOLIDATE and MERGE CASES**

    Plaintiffs and defendants above captioned hereby move this honorable court for an order consolidating with this case, a companion action involving the same parties now pending before Magistrate Judge Boyle, the same being a third party complaint against the Cannons.   The principal plaintiff in

1

that action is the Azurbajian Ministry of Defense ["AMOD"] which has a judgment against Robert Reish now on appeal to the Ninth Circuit.  That case has been assigned Case Number **2:17-cv-598-JZB.**

It is the remaining third party complaint in the AMOD action that the undersigned propose to be consolidated for all purposes with the above captioned District Court proceeding, to which there has been no stipulation for magistrate judge assignment.   For this reason this motion is made in the later-filed case.

 It is proposed that the cv-598 case be consolidated and merged for all purposes with the above captioned case and that the scheduling order now in effect in that case be vacated.

### POINTS AND AUTHORITIES

In multiple  cases where at least one common issue of law requires resolution the District Court has the ability to consolidate the actions for all purposes, to foster efficiency and fairness.  **F.R.Civ.P. 42(a).**

The court, in exercising its discretion in consolidation matters should balance the savings to the judicial system against the possible inconvenience, delay or prejudice to the parties.  **Arnold v. Eastern Air Lines, Inc.**, 691 F.2d 186, 193 (4th Cir. 1982).   The court has broad discretion in the balancing process.  **A.S. ex rel. Miller v. SmithKlineBeecham Corp.,** 769 F.3d 204, 212 (3d Cir. 2014).

While the consolidated cases retain their separate identities, the court may also order the cases merged for all purposes, and/or order that briefs and rulings apply to all consolidated cases. ***In Re Air Crash at Lexington, KY, August 27, 2006,*** 251 F.R.D. 258, 260-261 (E.D. Ky. 2008); ***Specht v. Netscape Communications Corp.,*** 150 F.Supp.2d 585, 586 (S.D.N.Y. 2001); affd. 306 F.3d 17 (2d Cir. 2002).

Here the parties defendant are the same, the issues (various counts of fraud) are common to both cases, and it would make sense to consolidate and merge the cases for all further proceedings to take place before this honorable court since there is no consent in this case for trial before a magistrate judge.   Discovery will be more efficient as will pre-trial issues, and of course the trial itself all at one time.

Respectfully submitted August 30, 2019

**GOLDSTEIN LEGAL TEAM, PLLC**

s/H. Lee Horner Jr.  022791

_____

H. Lee Horner Jr.  Co-counsel for Robert Reish

**GOLDMAN AND ZWILLINGER, PLLC**

s/ Scott Zwillinger by Lee Horner (with permission)

_____

Scott Zwillinger, Counsel for Defendants Cannon