**GOLDSTEIN LEGAL TEAM, PLLC**
H. Lee Horner Jr.   ASB #022791
5800 Arizona Pavilions Dr #2665
Cortaro, AZ 85652

520-979-5176
FAX 520-323-0131

Email: **steinway@rocketmail.com**

**Law Office of Paul L. Cass**
Paul L. Cass, CA Bar 158323 (pro hac vice)
7777 Greenback Lane, Ste 107
Citrus Heights, CA 95610

916-536-1099
FAX 916-536-0739

Email: casslaw@aol.com

Attorneys for Defendant and
Third Party Plaintiff Robert Reish

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Azerbaijan Ministry of Defense, et al<br><br>Plaintiff<br><br>vs.<br><br>Robert Reish,<br>Defendant<br>_____<br><br>Robert Reish, Third party Plaintiff<br><br>vs.<br><br>Darrin Cannon and Tina Cannon,<br>f/d/b/a Phoenix Heliparts, Inc.<br><br>Third party defendants<br>_____ | CASE NO. **2:17-cv-00598-JZB**<br><br>**NOTICE OF SETTLEMENT OF THIRD PARTY COMPLAINT** |

1

Notice is hereby given that after mediation this date, the parties have formed a settlement agreement of the third party action in this case and documents are being finalized. This settlement has no effect on and does not involve any parties other than third party defendants Darrin Cannon, Tina Cannon and third party plaintiff Robert Reish.

Dated November 14, 2019

**GOLDSTEIN LEGAL TEAM, PLLC**

s/ H. Lee Horner JR.   022791

_____

H. Lee Horner Jr.  Co-counsel for third party plaintiff Reish

Copy served on all interested parties by CM/ECF on Nov 14, 2019

s/J. Horner

_____