IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Syntelco Limited,<br><br>               Plaintiff,<br><br>v.<br><br>Robert Reish,<br><br>               Defendant. | No. CV-17-00598-PHX-JZB<br><br>**ORDER** |

On November 14, 2019, Defendant/Third Party Plaintiff filed a Notice of Settlement of Third-Party Complaint. (Doc. 117.)

Accordingly,

**IT IS ORDERED:**

1. On or before **December 27, 2019**, Third-Party-Plaintiff Robert Reish and Third-Party-Defendants Darrin and Tina Cannon shall file a stipulation to dismiss.

2. If no stipulation to dismiss is filed by the date provided above, the Clerk of Court is directed to dismiss the third-party matter with prejudice.

Dated this 25th day of November, 2019.

Honorable John Z. Boyle
United States Magistrate Judge