| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 27 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

AZERBAIJAN MINISTRY OF DEFENSE; et al.,

        Plaintiffs - Appellees,

v.

ROBERT REISH, an Individual,

        Defendant - Appellant.

No. 19-16371

D.C. No. 2:17-cv-00598-JZB
U.S. District Court for Arizona, Phoenix

**MANDATE**

The judgment of this Court, entered August 05, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Quy Le
        Deputy Clerk
        Ninth Circuit Rule 27-7